# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Reggie Juan Manuel**<br>DOB: 1985; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>20-07286MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 23, 2020, in the District of Arizona, **Reggie Juan Manuel**, knowing and in reckless disregard of the fact that certain illegal aliens, Juan Luis Sanchez-Solis and Gabriel Castillo-Mora, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain, and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii),1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 23, 2020, in the District of Arizona, United States Border Patrol Agents (BPA) saw a 2019 Chrysler 300 driving southbound on FR-1 with one visible occupant. The vehicle parked at a residence in the village of Menegers where two subjects ran to the vehicle. The vehicle left the village and was now traveling northbound on FR-1. The BPA followed the vehicle for approximately four miles and could only see the driver and no other passengers. The BPA suspected that the passengers were hiding. The BPA conducted a vehicle stop and identified the driver as **Reggie Juan Manuel**. No other passengers were observed. The BPA saw fresh handprints on the trunk of the car. **Manuel** did not give the BPA consent to search the trunk and the BPA requested a service dog. Once the service dog arrived it alerted to an area near the trunk. The BPA found two illegal aliens hiding in the trunk.

Material witnesses Juan Luis Sanchez-Solis and Gabriel Castillo-Mora stated they had arranged to be smuggled into the United States for money. Both said they crossed the border illegally.

In a post-*Miranda* statement, **Manuel** said he agreed to pick up illegal aliens for someone and transport them to her house. He said they would negotiate payment at a later time. He picked up two illegal aliens at a house which is vacant in the Village of Menegers.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Juan Luis Sanchez-Solis and Gabriel Castillo-Mora

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA  Digitally signed by RICARDO ISLAVA Date: 2020.03.24 09:29:45 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>BPA Ricardo H. Islava |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE<br>Jacqueline M. Rateau | DATE<br>March 24, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54